UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D. GORTON, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

19 Civ. 9199 (LAP)

ORDER



LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall mark this action closed, subject to reopening within 30 days if the settlement is not effected, and all pending motions denied as moot.

Dated:    New York, New York
           February 20, 2020

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge