UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOY GORTON et al.,

    Plaintiffs,

-versus-

NEW YORK CITY DEPARTMENT OF
PARKS & RECREATION, et al.,

    Defendants.

Case No. 19 Civ. 9199

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

In addition to the settlement terms set out on the record on February 20, 2020, the Court will retain jurisdiction to supervise the settlement.

**SO ORDERED.**

Dated:   February 26, 2020
          New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge